Robert A. Higgins
State Bar No. 24007361
8200 Camp Bowie W. Blvd.
Fort Worth, TX  76116
817-924-9000
866-372-5229 (Fax)

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                       CASE NO.: 17-45118-MXM-13

**Harold Powell**
4029 Comanche
Fort Worth, TX  76119
SSN/TIN: XXX-XX- 9418

**Robin Powell**
4029 Comanche
Fort Worth, TX  76119
SSN/TIN: XXX-XX- 7280

**DEBTOR(S)**

### AMENDED DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

PLAN MODIFICATION DATE:  02/13/2024.

### DISCLOSURES

[_]    This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX.
[X]    This *Plan Modification* does not contain *Nonstandard Provisions* listed in Section IX.

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE U.S. BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 21 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.  IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS,

SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN,* THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION*. ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER 2017-01 STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

### I. REASON(S) FOR MODIFICATION

__XX__ 1. Cure *Plan* arrears to the *Trustee*.
__XX__ 2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
_____ 3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
_____ 4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
_____ 5. Make *Plan* sufficient based on allowed claims.
_____ 6. Modify the Unsecured Creditors' Pool from $_____ to $_____.
_____ 7. Modify the value of non-exempt property from $_____ to $_____.
_____ 8. Supersede an Interlocutory Order (Docket #_).
__XX__ 9. Allow Debtor's counsel's fees for this modification (paragraph VII).
_____ 10. Other:_____.

### II. NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM

DATE OF CALCULATION:   February 13, 2024

TOTAL PAID IN*:   $ 73239.00

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| 02/19/2024 | 3 | 1000.00 |
|  |  |  |

NEW *BASE AMOUNT*: $ 76239.00

**\*\*DEBTOR'S** NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**EXCESS BASE AMOUNT**

**To the extent the base amount exceeds the amount needed to pay allowed Secured, Priority and Administrative claims in full, such excess shall be paid pro rata to timely filed allow non-penalty general unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to the Debtor. The Unsecured Creditors' Pool will be adjusted accordingly. All other provisions as set forth in the last confirmed plan remain the same.**

### *III. CURRENT POST-PETITION MORTGAGE PAYMENTS* **TO BE DISBURSED BY THE TRUSTEE**

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments*\* (MM/DD/YY) |
|---|---|---|
| | | |
| | | |

\*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s)

    due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.

8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

### IV. PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| | | | | |
| | | | | |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST- PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT.

### V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| S and C Holdings | $25,000.00 | Homesteadd | | | $500.00/Month |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

### VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| | | | |
| | | | |

### VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| $650.00 | | $650.00 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

## VIII. ORDER OF PAYMENT

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st - Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd - *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo.
3rd - Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th - Attorney Fees which will be paid pro-rata.
5th - Post-Petition *Mortgage Arrearage* if designated
to be paid per mo.
6th - Post-Petition *Mortgage Arrearage* if designated
to be paid pro-rata.
7th - Arrearages owed on Executory Contracts and Unexpired Leases which
will be paid per mo.
8th - Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th - Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th - All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which
will be paid pro-rata.
11th - Priority Creditors Other than Domestic Support Obligations which will be paid
pro-rata.
12th - Special Class Creditors which will be paid per mo.
13th - Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th - Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise
ordered by the Court. 15th - Late filed claims for DSO or filed by Priority Creditors which
will be paid pro-rata.
16th - Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th - Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro- rata.

## IX. PROVISIONS FROM PRIOR *PLAN(S)*

All other provisions as set forth in the last confirmed *Plan* or last subsequently approved *Plan Modification* remain the same.

Date: February 13, 2024             Respectfully submitted,

By:  */s/ Robert A. Higgins*
     Robert A. Higgins
     Bar No. 24007361
     Robert A. Higgins & Associates, P.C.
     8200 Camp Bowie Blvd W.
     Fort Worth, TX 76116
     817-924-9000 (Phone)
     817-924-6644 (Fax)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: 02/13/2024          */s/ Robert A. Higgins*
                                  Robert A. Higgins


SEE ATTACHED MAILING MATRIX

```
Label Matrix for local noticing              Attorney General of Texas                    Tarrant County
0539-4                                       2001 Beach Street, Suite 700                 Linebarger Goggan Blair & Sampson, LLP
Case 17-45118-mxm13                          Fort Worth, TX 76103-2315                    c/o Melissa L. Palo
Northern District of Texas                                                                2777 N. Stemmons Frwy
Ft. Worth                                                                                 Suite 1000
Tue Jan 16 09:47:38 CST 2024                                                              Dallas, TX 75207-2328

Tarrant County                               Texas Workforce Commission                   Texas Workforce Commission
Linebarger, Goggan, Blair & Sampson, LLP     Regulatory Integrity Division - SAU          Special Actions Unit
c/o Lisa Large Cockrell                      101 E. 15th St., Rm. 556                     Regulatory Integrity Division
2777 N. Stemmons Freeway                     Austin, TX 78778-1442                        101 E. 15th Street, Room 556
Suite 1000                                                                                Austin, TX 78778-0001
Dallas, TX 75207-2328

501 W. Tenth Street                          Ace Cash Express                             Allied Interstate Llc
Fort Worth, TX 76102-3637                    4869 Bryant Irvin Rd                         7525 W Campus Rd
                                             Fort Worth, TX 76132-3615                    New Albany, OH 43054-1121


Asset Acceptance                             Atlas Financial Company                      Attorney General of Texas
P.O. 2036                                    3920 S. Buckner Blvd.                        Region 9 Bankruptcy Section
Warren, MI 48090-2036                        Dallas, TX 75227-4313                        2001 Beach Street, Suite 700
                                                                                          Fort Worth, TX 76103-2315


Baylor All Saints Med Ctr                    Baylor All Saints Med Ctr                    Credit Service of Oregon
C/O Creditors Bankruptcy Services            c/o Creditors Bankruptcy Service             PO Box 1208
P.O. Box 740933                              P.O. Box 800849                              Roseburg, OR 97470-0306
Dallas, TX 75374-0933                        Dallas, TX 75380-0849


Credit Systems International, Inc            Denovus Corp.                                Directv, LLC
1277 Country Club Lane                       Jefferson Capital                            by American InfoSource LP as agent
Fort Worth, TX 76112-2304                    P.O. Box 772813                              PO Box 5008
                                             Chicago, IL 60677-0113                       Carol Stream, IL  60197-5008


ERC/Enhanced Recovery Corp                   Edward Sloan & Assoc                         Grapevine Suzuki
Attn: Bankruptcy                             Po Box 788                                   440 W State Hwy
8014 Bayberry Rd                             Winnsboro, TX 75494-0788                     Grapevine, TX 76092
Jacksonville, FL 32256-7412


Internal Revenue Service                     Internal Revenue Service                     LVNV Funding, LLC as successors
Centalized Insolvency Operations             Special Procedures, RM 9A20                  Resurgent Capital Services
P.O. Box 7346                                1100 Commerce Street 5024 DAL                P.O. Box 10587
Philadelphia, PA 19101-7346                  Dallas, TX 75242-1100                        Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns LVNV Funding, LLC its successors and assigns Main Street Acquisitions
assignee of Arrow Financial Services,        assignee of North Star Capital               C/o Becket and Lee
LLC                                          Acquisition LLC                              P.O. Box 3001
Resurgent Capital Services                   Resurgent Capital Services                   Malvern, PA 19355-0701
PO Box 10587                                 PO Box 10587
Greenville, SC 29603-0587                    Greenville, SC 29603-0587

Quantum3 Group LLC as agent for              Robert A. Higgins & Associates, P.C.         S and C Holdings
MOMA Funding LLC                             8200 Camp Bowie West Blvd.                   4211 Great Trinity Forest Way
P.O. Box 788                                 Fort Worth, TX 76116-6321                    Dallas, TX 75241-7805
Kirkland, WA 98083-0788
```

| | | |
|---|---|---|
| Synerprise Consultin<br>5651 Broadmoor St<br>Mission, KS 66202-2407 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division - SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | TXU/Texas Energy<br>TXU/Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265-0393 |
| Tarrant County Tax Collector<br>C/o Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 | Tarrant County Tax Collector<br>Delinquent Tax Department<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Harold Lynn Powell<br>4029 Comanche Court<br>Fort Worth, TX 76119-2924 | James M. Morrison<br>Allmand Law Firm, PLLC<br>860 Airport Freeway<br>Suite 401<br>Hurst, TX 76054-3264 |
| Robert A. Higgins<br>Robert A. Higgins & Associates, P.C.<br>8200 Camp Bowie W Blvd<br>Fort Worth, TX 76116-6321 | Robin Louise Powell<br>4029 Comanche Court<br>Fort Worth, TX 76119-2924 | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180-6608 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Melissa L. Palo
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42