

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 14, 2024**

*Mark X. Mullin*
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 17-45118-MXM |
| HAROLD LYNN POWELL & | § | |
| ROBIN LOUISE POWELL | § | CHAPTER 13 |
| | § | |
| DEBTORS | § | JUDGE MARK X MULLIN |

### ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IN SAID DISTRICT:

Came on for consideration the "Modification of Plan After Confirmation" ("Modification") filed by Debtors on or about February 13, 2024 [Docket # ]. The Court finds that notice was and is appropriate under the circumstances.

No objection was filed by any party or if filed, such objection was withdrawn.

The Court is of the opinion that the Modification filed on or about February 13, 2024 should be APPROVED.

THE PLAN TERM SHALL BE CHANGED TO 76 MONTHS.

**IT IS FURTHER ORDERED,** that no additional attorney fees are approved unless or until a Notice of Additional Fees, with no timely objection, has been filed.

# # # End of Order # # #